IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | § | |
| INC. PINNACLE HIP IMPLANT | § | |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | MDL Docket No. |
| | § | |
| ------------------------------------------------- | § | |
| This Order Relates To: | § | |
|     *Alicea* – 3:15-cv-03489-K | § | |
|     *Barzel* – 3:16-cv-01245-K | § | 3:11-MD-2244-K |
|     *Buonaiuto* – 3:14-cv-02750-K | § | |
|     *Cousin* – 3:13-cv-00244-K | § | |
|     *Heroth* – 3:12-cv-04647-K | § | |
|     *Kirschner* – 3:16-cv-01526-K | § | |
|     *Miura* – 3:13-cv-04119-K | § | |
|     *Riedhammer* – 3:11-cv-02460-K | § | |
|     *M. and A. Stevens* – 3:14-cv-01776-K | § | |
|     *E. and Y. Stevens* – 3:14-cv-02341-K | § | |
| ------------------------------------------------- | § | |

## ORDER ON BELLWETHER TRIALS

After considering the submissions of the parties and conducting its own review of potential bellwether selections, the Court has selected the following cases to be prepared for jury trial beginning September 5, 2017:

1. Alicea (Cause No. 3:15-cv-03489-K).

2. Barzel (Cause No. 3:16-cv-01245-K).

3. Buonaiuto (Cause No. 3:14-cv-02750-K).

4. Cousin (Cause No. 3:13-cv-00244-K).

5. Heroth (Cause No. 3:12-cv-04647-K).

6. Kirschner (Cause No. 3:16-cv-01526-K).

7. Miura (Cause No. 3:13-cv-04119-K).

8. Riedhammer (Cause No. 3:11-cv-02460-K).

9. M. and A. Stevens (Cause No. 3:14-cv-01776-K).

10. E. and Y. Stevens (Cause No. 3:14-cv-02341-K).

Pursuant to Agreed Order Staying Cases Pending Bellwether Trials [Dkt. No. 348], all cases in the MDL shall remain STAYED pending further Order of the Court following completion of the bellwether trials or for good cause shown. The stay does not apply to any jurisdictional motions and nothing in this Order shall relieve the parties from complying with the requirements of the Case Management Orders entered in MDL Docket No. 3:11-MD-2244-K.

**SO ORDERED.**

Signed November 8th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE