

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No.<br><br>3:11-MD-2244-K |
| This Order Relates to:<br>    *Alicea* – 3:15-cv-03489-K<br>    *Barzel* – 3:16-cv-01245-K<br>    *Kirschner* – 3:16-cv-01526-K<br>    *Miura* – 3:13-cv-04119-K<br>    *Stevens* – 3:14-cv-01776-K<br>    *Stevens* – 3:14-cv-02341-K | |

## JURY NOTES # 1, 2 and 3

In response to Juror notes 1, 2, and 3: "Did Yolanda Stevens come back for the revision on 9/7/12?" **Yes.**

"Did Yolanda Stevens stay in New York in 2012 or go back to North Carolina?"; and "What month and year did Yolanda Stevens leave to North Carolina?"

You must rely on the evidence admitted during trial.

Signed November 15, 2017.

*[signature]*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

What month and year did Yolanda Stevens leave to North Carolina?

*Sharren Tray*
11/15/17

Did Yolanda Stevens stay in New York in 2012 or go back to North Carolina?

*Sharron Gray*
11/15/17

What month and year did Yolanda Stevens leave to North Carolina?

*Sharron Tray*
11/15/17